# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CRITICAL APPLICATIONS ALLIANCE, LLC,

      Plaintiff,

v.                               No. 2:20-cv-01103-KG-SMV

NUCLEAR WASTE PARNTERSHIP, LLC,

      Defendant.

## ORDER GRANTING JOINT MOTION TO STAY CASE

THIS MATTER, having come before the Court on the Joint Motion to Stay Case ("Motion") filed by Plaintiff Critical Applications Alliance, LLC ("Plaintiff") and Defendant Nuclear Waste Partnership, LLC ("Defendant"), and the Court, having reviewing the Motion and being fully advised in the premises, FINDS that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Joint Motion to Stay Case shall be and hereby is granted and that the above-captioned matter is stayed pending mediation.

                                               */s/ Kenneth Gonzales*
                                             UNITED STATES DISTRICT JUDGE

APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By       */s/ Krystle A. Thomas*
       Nelson Franse
Krystle A. Thomas
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
nfranse@rodey.com / kthomas@rodey.com
*Attorneys for Plaintiff*

and

BLANK ROME, LLP

By  *Approved via e-mail 4-8-21*
      Amy C. Coles
501 Grant St., Suite 850
Pittsburgh, PA 15219
acoles@blankrome.com
*Attorneys for Defendant*