IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRITICAL APPLICATIONS ALLIANCE, LLC

    Plaintiff,

vs.                                                                     Civ. No. 20-1103 KG/SMV

NUCLEAR WASTE PARTNERSHIP LLC,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

On August 16, 2021, the parties notified the Court, via email, that this case had settled. (Doc. 27). IT IS THEREFORE ORDERED that closing documents must be filed no later than October 1, 2021.

_____
UNITED STATES DISTRICT JUDGE